IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Bullock, Francine M

Printed: 10/22/08

Case Number: 08 B 07241
Judge: Squires, John H
Filed: 3/26/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: September 10, 2008
Confirmed: June 4, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 175.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 163.62 |
| Trustee Fee: |  | 11.38 |
| Other Funds: |  | 0.00 |
| Totals: | 175.00 | 175.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,464.00 | 163.62 |
| 2. | Internal Revenue Service | Priority | 3,060.81 | 0.00 |
| 3. | City Of Chicago Dept Of Revenue | Unsecured | 87.00 | 0.00 |
| 4. | Internal Revenue Service | Unsecured | 376.92 | 0.00 |
| 5. | RoundUp Funding LLC | Unsecured | 149.95 | 0.00 |
| 6. | B-Real LLC | Unsecured | 32.83 | 0.00 |
| 7. | Resurgent Capital Services | Unsecured | 34.80 | 0.00 |
| 8. | AmeriCash Loans, LLC | Unsecured | 20.79 | 0.00 |
| 9. | B-Real LLC | Unsecured | 33.91 | 0.00 |
| 10. | Asset Acceptance | Unsecured | 11.92 | 0.00 |
| 11. | Cavalry Portfolio Services | Unsecured | | No Claim Filed |
| 12. | Payday Loan | Unsecured | | No Claim Filed |
| 13. | Resurgent Capital Services | Unsecured | | No Claim Filed |
| 14. | Payday Loan | Unsecured | | No Claim Filed |
| 15. | AFNI | Unsecured | | No Claim Filed |
| 16. | National Quick Cash | Unsecured | | No Claim Filed |
| 17. | Blatt Hasenmiller Leisker | Unsecured | | No Claim Filed |
| 18. | Comcast | Unsecured | | No Claim Filed |
| | | | $ 7,272.93 | $ 163.62 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 11.38 |
| | $ 11.38 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:  Bullock, Francine M | Case Number:  08 B 07241 |
| | Judge:  Squires, John H |
| Printed: 10/22/08 | Filed:  3/26/08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

